UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAMELA S., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-01678-RLY-MG |
| ) | |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 18, 2022, the Magistrate Judge issued a Report and Recommendation recommending that the ALJ's decision denying Plaintiff, Pamela S., disability insurance benefits be reversed. The Magistrate Judge found the ALJ erred in two ways: (1) the ALJ's subjective symptom analysis did not comply with SSR 16-3p; and (2) the ALJ did not properly evaluate the opinion of Bryon Ross, LCSW. The Commissioner objects and argues the court should affirm the ALJ.

The court, having reviewed the ALJ's decision, the Magistrate Judge's Report and Recommendation, the parties' submissions, and the applicable law, **OVERRULES** the Commissioner's Objection (Filing No. 17), **ADOPTS** the Magistrate Judge's Report and Recommendation (Filing No. 16), **REVERSES** the ALJ's decision denying benefits, and **REMANDS** this matter for further proceedings pursuant to 42 U.S.C. § 405(g).

Judgment consistent with this order shall issue forthwith.

**SO ORDERED** this 30th day of September 2022.

                                                RICHARD L. YOUNG, JUDGE
                                               United States District Court
                                               Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.